Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 41 | **DATE** | 8/27/2012 |
| **CASE TITLE** | Lori Geimer vs. Bank of America, N.A. | | |

**DOCKET ENTRY TEXT**

Ruling on summary judgment motion held.   Motion [62] is granted in part and denied in part without prejudice. Plaintiff has conceded that her claim arises under contract law (Plaintiff's Brief and Memorandum [68], at 6 ("Plaintiff's cause of action lies in contract, not in tort"); her negligence claim is therefore dismissed.  As neither side's factual submissions explain what happened with respect to Plaintiff's credit account(s), the motion is otherwise denied.  The court is concerned that Plaintiff's damages claims require clarification; she is not "out of pocket" for the $52,000 that flowed in or out of her account(s), but may have losses arising out of her efforts to obtain a new Social Security number and resulting from the decline in her creditworthiness.  A further status is set for 9/12/2012 at 9:30 AM, at which time the court expects lead counsel to appear to quantify those losses and, if necessary, to set a trial date.  Parties are encouraged to attempt to settle this case.

Notices mailed by Judicial staff.

00:08

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

10C41 Lori Geimer vs. Bank of America, N.A.